UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-7262 DMG (JEMx) | Date | March 17, 2016 |
|---|---|---|---|
| Title | O'Hagin's, Inc., et al. v. Bradley Patterson, et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**     (IN CHAMBERS) ORDER RE PETITIONERS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE
(Dkt. # 47)

   The Court issues an Order to Show Cause why the deposition of Respondent Bradley A. Patterson should not go forward. The Court continues to wait for rulings from the Sonoma Court but the basis of the pending Motion for Leave to File Supplemental Response is a need for information in regard to an IRS Collection Due Process ("CDP") proceeding. Respondent Patterson is to file a response by **March 25, 2016** whether he opposes a deposition solely on matters relevant to the CDP proceeding and, if so, why.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | sa |